Entered: May 22, 2015
Signed: May 22, 2015

SO ORDERED
THE HEARING SHALL BE HELD ON JUNE 3, 2015 AT
10:00  AM IN COURTROOM 2-A.



NANCY V. ALQUIST
U. S. BANKRUPTCY JUDGE

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
### at Baltimore

**In re:   Case No.:   15–16948 – NVA     Chapter:   13**

| | |
|---|---|
| Duane A Richardson | Keisha Richardson |
| 9740 Selfridge Road | 9740 Selfridge Road |
| Middle River, MD 21220 | Middle River, MD 21220 |

# ORDER AND NOTICE OF A HEARING
## ON MOTION TO EXTEND AUTOMATIC STAY

    The debtor(s) having filed a motion to extend automatic stay pursuant to 11 U.S.C. § 362(c)(3)(B), it is, by the United States Bankruptcy Court for the District of Maryland,

    ORDERED, that a hearing upon the motion to extend automatic stay will be held on the date and time set forth above, in Courtroom 2–A.

cc:   Debtor(s)
       Attorney for Debtor(s) – Edward C. Christman Jr.
       Chapter 13 Trustee – Ellen W. Cosby
       U.S. Trustee
       All Creditors

## End of Order

37.4 – jjohnson